FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT 24 PM 3:07
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
DEWAYNE SPAULDING,              *
                                *
     Plaintiff,                 *
                                *
v.                              *      CV 318-062
                                *
CORE CIVIC; WARDEN LAUGHLIN;    *
DEPUTY WARDEN WEBB; SARGENT     *
FREEMAN; OFFICER JOHN DOE; and  *
INMATE JOHN DOE,                *
                                *
     Defendants.                *
```

O R D E R

On September 4, 2018, Plaintiff DeWayne Spaulding filed a form complaint used in this district for prisoners asserting claims pursuant to 42 U.S.C. § 1983. The case was dismissed on October 12, 2018, because Plaintiff had accumulated three strikes under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g), and had provided blatantly dishonest information about his prior filing history.

Presently pending before the Court are Plaintiff's motion for reconsideration and motion to appoint counsel. Plaintiff contends that the three-strike provision of the PLRA is inapplicable to him because his case was filed under 28 U.S.C. § 2255. The allegations

of Plaintiff's complaint, however, concern the conditions of his confinement; thus, the procedural vehicle to prosecute his claims is 42 U.S.C. § 1983. Plaintiff does not challenge the legality of his conviction under 28 U.S.C. § 2255. Plaintiff's argument that the PLRA is not applicable to his complaint is wholly without merit. Accordingly, his motion for reconsideration (doc. no. 9) on this basis is **DENIED**. Plaintiff's motion for the appointment of counsel (doc. no. 10) is therefore **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE